NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

KINSELLA HOLLEY ISER KUMP STEINSAPIR
Nicholas C. Soltman (State Bar No. 277418)
11766 Wilshire Blvd. Suite 750
Los Angeles, CA 90025
Phone:(310) 566-9800
Fax: (310) 566-9886
nsoltman@khiks.com

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>THE HOME DEPOT, INC. and GOOGLE, LLC,<br><br>Defendant(s) | CASE NUMBER:<br><br>2:24-cv-01253<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiffs
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Christopher Barulich | Plaintiff |
| Kinsella Holley Iser Kump Steinsapir | Counsel for Plaintiff |
| The Simon Law Firm, P.C. | Counsel for Plaintiff |
| Don Bivens PLLC | Counsel for Plaintiff |
| The Home Depot, Inc. | Defendant |
| Google, LLC | Defendant |

February 14, 2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs