Name and address:
KINSELLA HOLLEY ISER KUMP STEINSAPIR
Nicholas C. Soltman (State Bar No. 277418)
11766 Wilshire Blvd. Suite 750
Los Angeles, CA 90025
Phone:(310) 566-9800
Fax: (310) 566-9886
nsoltman@khiks.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>v.     Plaintiff(s)<br><br>THE HOME DEPOT, INC. and GOOGLE, LLC,<br>                                                    Defendant(s). | CASE NUMBER<br><br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Simon, Anthony G.                                     of    The Simon Law Firm, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*     800 Market Street, Suite 1700
(314) 241-2929           (314) 241-2029                       St. Louis, MO 63101
*Telephone Number*    *Fax Number*
asimon@simonlawpc.com
*E-Mail Address*                                                        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Christopher Barulich

*Name(s) of Party(ies) Represented*          ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
**and designating as Local Counsel**
Soltman, Nicholas C.                               of   Kinsella Holley Iser Kump Steinsapir LLP
*Designee's Name (Last Name, First Name & Middle Initial)*     11766 Wilshire Blvd., Suite 750
277418        (310) 566-9800      (310) 566-9850         Los Angeles, CA 90026
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
nsoltman@khiks.com
*E-Mail Address*                                                        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.
**Dated** _____                    _____
                                                                           **U.S. District Judge/U.S. Magistrate Judge**