Name and address:
KINSELLA HOLLEY ISER KUMP STEINSAPIR
Nicholas C. Soltman (State Bar No. 277418)
11766 Wilshire Blvd. Suite 750
Los Angeles, CA 90025
Phone:(310) 566-9800
Fax: (310) 566-9886

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>                                                  Plaintiff(s)<br>v.<br>THE HOME DEPOT, INC. and GOOGLE, LLC,<br><br>                                                  Defendant(s). | CASE NUMBER<br><br><br>(PROPOSED) ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Nixon, Jeremiah W.      of      The Simon Law Firm, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial)*      800 Market Street, Suite 1700
(314) 241-2929      (314) 241-2029      St. Louis, MO 63101
*Telephone Number*      *Fax Number*
jnixon@simonlawpc.com
*E-Mail Address*      *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Christopher Barulich

*Name(s) of Party(ies) Represented*      ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**
Soltman, Nicholas C.      of      Kinsella Holley Iser Kump Steinsapir LLP
*Designee's Name (Last Name, First Name & Middle Initial)*      11766 Wilshire Blvd., Suite 750
277418      (310) 566-9800      (310) 566-9850      Los Angeles, CA 90026
*Designee's Cal. Bar No.*      *Telephone Number*      *Fax Number*
nsoltman@khiks.com
*E-Mail Address*      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
        ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
        ☐ for failure to complete Application: _____
        ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
        ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
        ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____      _____
                                                                       U.S. District Judge/U.S. Magistrate Judge