Name and address:
KINSELLA HOLLEY ISER KUMP STEINSAPIR
Nicholas C. Soltman (State Bar No. 277418)
11766 Wilshire Blvd. Suite 750
Los Angeles, CA 90025
Phone:(310) 566-9800
Fax: (310) 566-9886

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated, <br><br> v. <br><br> Plaintiff(s) <br><br> THE HOME DEPOT, INC. and GOOGLE, LLC, <br><br> Defendant(s). | CASE NUMBER <br><br> 2:24-CV-1253 FLA-JCx <br><br> X(PROPOSED)X ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Nixon, Jeremiah W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(314) 241-2929          (314) 241-2029
*Telephone Number*      *Fax Number*

jnixon@simonlawpc.com
*E-Mail Address*

of  The Simon Law Firm, P.C.
    800 Market Street, Suite 1700
    St. Louis, MO 63101

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Christopher Barulich

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel
Soltman, Nicholas C.
*Designee's Name (Last Name, First Name & Middle Initial)*

277418          (310) 566-9800          (310) 566-9850
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

nsoltman@khiks.com
*E-Mail Address*

of  Kinsella Holley Iser Kump Steinsapir LLP
    11766 Wilshire Blvd., Suite 750
    Los Angeles, CA 90026

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated**  2/20/24                                    /s/District Judge Fernando L. Aenlle-Rocha
                                                     **U.S. District Judge/U.S. Magistrate Judge**