Name and address:
KINSELLA HOLLEY ISER KUMP STEINSAPIR
Nicholas C. Soltman (State Bar No. 277418)
11766 Wilshire Blvd. Suite 750
Los Angeles, CA 90025
Phone:(310) 566-9800
Fax: (310) 566-9886
nsoltman@khiks.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-01253 FLA-JCx |
| v. | |
| THE HOME DEPOT, INC. and GOOGLE, LLC, | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Simon, Anthony G.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(314) 241-2929          (314) 241-2029

*Telephone Number*        *Fax Number*
asimon@simonlawpc.com

*E-Mail Address*

| The Simon Law Firm, P.C. |
|---|
| 800 Market Street, Suite 1700 |
| St. Louis, MO 63101 |

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Christopher Barulich

*Name(s) of Party(ies) Represented*        ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

Soltman, Nicholas C.                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

277418          (310) 566-9800          (310) 566-9850

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
nsoltman@khiks.com

*E-Mail Address*

| Kinsella Holley Iser Kump Steinsapir LLP |
|---|
| 11766 Wilshire Blvd., Suite 750 |
| Los Angeles, CA 90026 |

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated**  2/20/24 _____          /s/District Judge Fernando L. Aenlle-Rocha _____

**U.S. District Judge/~~U.S. Magistrate Judge~~**