COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
ANUPAM DHILLON (324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
Telephone:  +1 415 693 2000
Facsimile:   +1 415 693 2222

TIANA DEMAS *(pro hac vice forthcoming)*
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL  60606-1511
Telephone:  +1 312-881-6500
Facsimile:   +1 312-881-6598

URVASHI MALHOTRA (334466)
(umalhotra@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304
Telephone:  +1 650 843 5000
Facsimile:   +1 650 849 7400

Attorneys for Defendant
GOOGLE LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and Google LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01253<br><br>**NOTICE OF APPEARANCE OF TRAVIS LEBLANC ON BEHALF OF DEFENDANT GOOGLE LLC** |

COOLEY LLP
ATTORNEYS AT LAW

1   PLEASE TAKE NOTICE THAT Defendant Google LLC files this Notice of

2   Appearance and hereby notifies the Court and all parties that Travis LeBlanc for the

3   law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California

4   94111, enters his appearance as counsel of record for Defendant Google LLC in the

5   above-referenced matter.

6   All pleadings, discovery, correspondence, and other materials should be served

7   upon counsel at:

8
COOLEY LLP
TRAVIS LEBLANC
9
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
10
E-Mail:  tleblanc@cooley.com
Telephone:  +1 415 693 2000
11
Facsimile:   +1 415 693 2222
12

13   Dated:  March 12, 2024                    COOLEY LLP

14

15                                            By: */s/ Travis LeBlanc*
                                                 Travis LeBlanc
16

17                                            Attorney for Defendant
                                             GOOGLE LLC
18

19

20

21

22

23

24

25

26

27

28