| | |
|---|---|
| 1 | COOLEY LLP |
| | TRAVIS LEBLANC (251097) |
| 2 | (tleblanc@cooley.com) |
| | KRISTINE A. FORDERER (278745) |
| 3 | (kforderer@cooley.com) |
| | ANUPAM DHILLON (324746) |
| 4 | (ADhillon@cooley.com) |
| | 3 Embarcadero Center, 20th Floor |
| 5 | San Francisco, CA  94111 |
| | Telephone:  +1 415 693 2000 |
| 6 | Facsimile:   +1 415 693 2222 |
| 7 | TIANA DEMAS *(pro hac vice forthcoming)* |
| | (tdemas@cooley.com) |
| 8 | 110 N. Wacker Drive, Suite 4200 |
| | Chicago, IL  60606-1511 |
| 9 | Telephone:  +1 312-881-6500 |
| | Facsimile:   +1 312-881-6598 |
| 10 | |
| 11 | URVASHI MALHOTRA (334466) |
| | (umalhotra@cooley.com) |
| 12 | 3175 Hanover Street |
| | Palo Alto, CA  94304 |
| 13 | Telephone:  +1 650 843 5000 |
| | Facsimile:   +1 650 849 7400 |
| 14 | Attorneys for Defendant |
| | GOOGLE LLC |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-01253 |
| Plaintiffs, | **NOTICE OF APPEARANCE OF KRISTINE A. FORDERER ON BEHALF OF DEFENDANT GOOGLE LLC** |
| v. | |
| THE HOME DEPOT, INC., a Delaware corporation, and Google LLC, a Delaware limited liability company, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT Defendant Google LLC files this Notice of Appearance and hereby notifies the Court and all parties that Kristine A. Forderer for the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111, enters her appearance as counsel of record for Defendant Google LLC in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

COOLEY LLP
KRISTINE A. FORDERER
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
E-Mail:  kforderer@cooley.com
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

Dated:  March 12, 2024                              COOLEY LLP

By: */s/ Kristine A. Forderer*
      Kristine A. Forderer

Attorney for Defendant
GOOGLE LLC