```
 1  COOLEY LLP
    TRAVIS LEBLANC (251097)
 2  (tleblanc@cooley.com)
    KRISTINE A. FORDERER (278745)
 3  (kforderer@cooley.com)
    ANUPAM DHILLON (324746)
 4  (ADhillon@cooley.com)
    3 Embarcadero Center, 20th Floor
 5  San Francisco, CA  94111
    Telephone:  +1 415 693 2000
 6  Facsimile:  +1 415 693 2222

 7  TIANA DEMAS (pro hac vice forthcoming)
    (tdemas@cooley.com)
 8  110 N. Wacker Drive, Suite 4200
    Chicago, IL  60606-1511
 9  Telephone:  +1 312-881-6500
    Facsimile:  +1 312-881-6598
10
    URVASHI MALHOTRA (334466)
11  (umalhotra@cooley.com)
    3175 Hanover Street
12  Palo Alto, CA  94304
    Telephone:  +1 650 843 5000
13  Facsimile:  +1 650 849 7400

14  Attorneys for Defendant
    GOOGLE LLC
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and Google LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01253<br><br>**NOTICE OF APPEARANCE OF ANUPAM DHILLON ON BEHALF OF DEFENDANT GOOGLE LLC** |

1  PLEASE TAKE NOTICE THAT Defendant Google LLC files this Notice of Appearance and hereby notifies the Court and all parties that Anupam Dhillon for the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111, enters his appearance as counsel of record for Defendant Google LLC in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

COOLEY LLP
ANUPAM DHILLON
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
E-Mail:  adhillon@cooley.com
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

Dated:  March 12, 2024                              COOLEY LLP

By: */s/ Anupam Dhillon*
    Anupam Dhillon

Attorney for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW

2

NOTICE OF APPEARANCE OF A. DHILLON
CASE NO. 2:24-CV-01253