1  COOLEY LLP
   TRAVIS LEBLANC (251097)
2  (tleblanc@cooley.com)
   KRISTINE A. FORDERER (278745)
3  (kforderer@cooley.com)
   ANUPAM DHILLON (324746)
4  (ADhillon@cooley.com)
   3 Embarcadero Center, 20th Floor
5  San Francisco, CA  94111
   Telephone:  +1 415 693 2000
6  Facsimile:  +1 415 693 2222

7  TIANA DEMAS *(pro hac vice forthcoming)*
   (tdemas@cooley.com)
8  110 N. Wacker Drive, Suite 4200
   Chicago, IL  60606-1511
9  Telephone:  +1 312-881-6500
   Facsimile:  +1 312-881-6598

10
   URVASHI MALHOTRA (334466)
11 (umalhotra@cooley.com)
   3175 Hanover Street
12 Palo Alto, CA  94304
   Telephone:  +1 650 843 5000
13 Facsimile:  +1 650 849 7400

14
   Attorneys for Defendant
15 GOOGLE LLC

16              IN THE UNITED STATES DISTRICT COURT

17              FOR THE CENTRAL DISTRICT OF CALIFORNIA

18

19

| | |
|---|---|
| 20  CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-01253 |
| 22           Plaintiffs, | **NOTICE OF APPEARANCE OF URVASHI MALHOTRA ON BEHALF OF DEFENDANT GOOGLE LLC** |
| 23      v. | |
| 24  THE HOME DEPOT, INC., a Delaware corporation, and Google LLC, a Delaware limited liability company, | |
| 26           Defendants. | |

1    PLEASE TAKE NOTICE THAT Defendant Google LLC files this Notice of
2    Appearance and hereby notifies the Court and all parties that Urvashi Malhotra for
3    the law firm Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304, enters her
4    appearance as counsel of record for Defendant Google LLC in the above-referenced
5    matter.
6    All pleadings, discovery, correspondence, and other materials should be served
7    upon counsel at:

COOLEY LLP
URVASHI MALHOTRA
3175 Hanover Street
Palo Alto, CA 94304
E-Mail: umalhotra@cooley.com
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

Dated: March 12, 2024                COOLEY LLP

                                     By: /s/ Urvashi Malhotra
                                         Urvashi Malhotra

                                     Attorney for Defendant
                                     GOOGLE LLC