1  **COOLEY LLP**
   TRAVIS LEBLANC (251097)
2  (tleblanc@cooley.com)
   KRISTINE A. FORDERER (278745)
3  (kforderer@cooley.com)
   ANUPAM DHILLON (324746)
4  (ADhillon@cooley.com)
   3 Embarcadero Center, 20th Floor
5  San Francisco, CA  94111
   Telephone:  +1 415 693 2000
6  Facsimile:   +1 415 693 2222

7  TIANA DEMAS (*pro hac vice* pending)
   (tdemas@cooley.com)
8  110 N. Wacker Drive, 42nd Floor
   Chicago, IL  60606
9  Telephone:  +1 312 881 6500
   Facsimile:   +1 312 881 6598

10

11 URVASHI MALHOTRA (334466)
   (umalhotra@cooley.com)
12 3175 Hanover Street
   Palo Alto, CA  94304
13 Telephone:  +1 650 843 5000
   Facsimile:   +1 650 849 7400

14 Attorneys for Defendant
   GOOGLE LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and Google LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01253<br><br>**GOOGLE LLC'S NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

NOTICE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:24-CV-01253

# NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google LLC discloses the following: Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil Local Rule 7.1-1, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Google LLC
2. XXVI Holdings Inc., Holding Company of Google LLC
3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated:  March 12, 2024                COOLEY LLP

By: */s/ Kristine A. Forderer*
    Kristine A. Forderer

Attorney for Defendant
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

2

NOTICE OF INTERESTED PARTIES AND
CORPORATE DISCLOSURE STATEMENT
CASE NO. 2:24-CV-01253