| | |
|---|---|
| **COOLEY LLP**<br>TRAVIS LEBLANC (251097)<br>(tleblanc@cooley.com)<br>KRISTINE A. FORDERER (278745)<br>(kforderer@cooley.com)<br>ANUPAM DHILLON (324746)<br>(ADhillon@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111<br>Telephone: +1 415 693 2000<br>Facsimile: +1 415 693 2222<br><br>TIANA DEMAS *(pro hac vice forthcoming)*<br>(tdemas@cooley.com)<br>110 N. Wacker Drive, Suite 4200<br>Chicago, IL 60606-1511<br>Telephone: +1 312-881-6500<br>Facsimile: +1 312-881-6598<br><br>URVASHI MALHOTRA (334466)<br>(umalhotra@cooley.com)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: +1 650 843 5000<br>Facsimile: +1 650 849 7400<br><br>*Attorneys for Defendant<br>Google LLC*<br><br>**KING & SPALDING LLP**<br>JULIA E. ROMANO (260857)<br>(jromano@kslaw.com)<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone: +1 213 443 4355<br><br>*Attorneys for Defendant<br>The Home Depot, Inc.* | **KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP**<br>NICHOLAS C. SOLTMAN (277418)<br>(nsoltman@khiks.com)<br>11766 Wilshire Blvd. Suite 750<br>Los Angeles, CA 90025<br>Telephone: +1 310 566 9800<br>Facsimile: +1 310 566 9886<br><br>**THE SIMON LAW FIRM, P.C.**<br>ANTHONY G. SIMON *(pro hac vice)*<br>(asimon@simonlawpc.com)<br>JEREMIAH W. NIXON *(pro hac vice)*<br>(jnixon@simonlawpc.com)<br>800 Market Street, Suite 1700<br>St. Louis, Missouri 63101<br>Telephone: +1 314 241 2929<br>Facsimile: +1 314 241 2029<br><br>*Attorneys for Plaintiff and the Putative Class* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and GOOGLE LLC, a | Case No. 2:24-cv-01253<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8.3)**<br><br>Complaint Served: February 23, 2024<br>Current Deadline: March 14, 2024<br>New Response Date: May 13, 2024 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:24-CV-01253

Delaware limited liability company,

        Defendants.

Pursuant to Civil Local Rule 8.3, Plaintiff Christopher Barulich ("Plaintiff"), Defendant Google LLC ("Google"), and Defendant The Home Depot, Inc. ("Home Depot") (collectively, "Parties"), by and through their respective counsel, stipulate and agree as follows:

### RECITALS

WHEREAS, Plaintiff filed a Class Action Complaint in this action ("Complaint") against Google and Home Depot on February 14, 2024 (ECF No. 1);

WHEREAS, Google and Home Depot were served with the Summons and Complaint on February 22, 2024 (ECF Nos. 15-16);

WHEREAS, the deadline for Google and Home Depot to answer or otherwise respond to the initial Complaint is currently March 14, 2024;

WHEREAS, Google and Home Depot each requested and Plaintiff agreed to extend each of Google's and Home Depot's time to answer or otherwise respond to the initial Complaint by sixty (60) days through and until May 13, 2024 (the "Extension");

WHEREAS, the Extension is more than thirty (30) days from the date Google and Home Depot's respective responses would initially have been due, but will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, good cause exists for the requested extension. See *Brooke v. Treasure Mountain Holdings, LLC*, 2022 WL 18399972, at *2 (C.D. Cal. Apr. 12, 2022) ("to show good cause for a continuance, a party must provide specific, detailed, and non-conclusory reasons for granting the extension, including a showing of diligence in pursuing the litigation"). Specifically, Google and Home Depot only recently retained counsel in this action, and both defendants need additional time to assess the claims and defenses at issue, investigate the facts surrounding Plaintiff's

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

2

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:24-CV-01253

allegations, identify the governing contractual agreements, locate any records of Plaintiff's alleged calls to Home Depot, assess any related affirmative defenses, and explore consolidation of this case with *Ambriz v. Google LLC*, No. 23-cv-05437, which was filed on October 23, 2023 and is currently pending before Judge Lin in the Northern District of California. The Parties have already diligently pursued this litigation by investigating the issues listed above, and seek additional time to complete this investigation prior to responding to the Complaint. Further, the requested extension is for 60 days, the amount of time Google and Home Depot would have had to respond to the Complaint had Plaintiff sought a waiver of service (which defendants would have agreed to).

WHEREFORE, good cause having been shown, Plaintiff, Google, and Home Depot stipulate and request that the Court enter an order as follows:

1. The time for Google and Home Depot respectively to respond to the initial Complaint shall be extended by 60 days through and until May 13, 2024.
2. Nothing herein shall be deemed a waiver of any rights or defenses by Google, Home Depot, or Plaintiff.

Dated: March 12, 2024                    COOLEY LLP

By: */s/ Kristine A. Forderer*
Kristine A. Forderer

*Attorney for Defendant Google LLC*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

3

STIPULATION TO EXTEND TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:24-CV-01253

Dated: March 12, 2024

KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP

By: */s/ Nicholas C. Soltman*
Nicholas C. Soltman

*Attorney for Plaintiff and the Putative Class*

**ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Kristine A. Forderer*
Kristine A. Forderer

ATTORNEYS AT LAW
SAN FRANCISCO, CA

4

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. 2:24-CV-01253