JULIA E. ROMANO (CA SBN 260857)
jromano@kslaw.com
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:   +1 213 443 4355
Facsimile:    +1 213 443 4310

Attorneys for Defendant
THE HOME DEPOT, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01253<br><br>**DECLARATION OF JULIA E. ROMANO IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8.3)**<br><br>Complaint Served:    Feb. 23, 2024<br>Current Deadline:     March 14, 2024<br>New Response Date:  May 13, 2024 |

I, Julia E. Romano, declare as follows:

1. I am an attorney at the law firm of King & Spalding LLP and an attorney of record for The Home Depot, Inc. ("Home Depot") in the above-captioned matter. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of the Joint Stipulation to Extend Time to Respond to the Initial Complaint By More Than 30 Days (L.R. 8.3) ("Stipulation") in compliance with this Court's standing order, and make this declaration based on my personal knowledge.

2. On February 14, 2024, Plaintiff filed a class action complaint ("Complaint") in this action against Google, LLC ("Google") and Home Depot. ECF No. 1. Home Depot was served with the summons on February 22, 2024. ECF No. 16.

3. Home Depot recently retained King & Spalding as counsel in this action.

4. Soon after being retained, King & Spalding reached out to counsel for Plaintiff to request a 60-day extension, to which they agreed. Counsel for Google then drafted the Joint Stipulation, which I reviewed and approved on behalf of Home Depot.

5. The requested extension is necessary so that Home Depot and its counsel can fully assess the claims and defenses at issue, continue investigating the facts surrounding Plaintiff's allegations, identify the governing contractual agreements, and locate any records of Plaintiff's alleged calls to Home Depot. The requested extension would also provide defendants time to explore consolidation of this case with *Ambriz v. Google LLC*, No. 23-cv-05437, which was filed in the Northern District of California on October 23, 2023, and is currently pending before the Honorable Rita F. Lin. The requested 60-day extension is for same the amount of time Home Depot would have had to respond to the Complaint had Plaintiff sought a waiver of service (which Home Depot would have agreed to).

6. Upon being served, Home Depot diligently began its factual investigation, assessment of the claims, and coordination with Google. However, Home Depot cannot complete these steps by March 14, the current deadline to respond to the Complaint. The 60-day extension is designed to allow sufficient time to complete these steps.

7. No previous extensions by either party have been sought in this case.

I declare under penalty of perjury of the United States of America that the foregoing is true and correct.

Dated: March 11, 2024                    KING & SPALDING LLP


                                          By: */s/ Julia E. Romano*
                                          Julia E. Romano
                                          Attorneys for Defendant
                                          THE HOME DEPOT, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Kristine A. Forderer*
Kristine A. Forderer

Executed on March 12, 2024 in San Francisco, California.

By: */s/ Kristine A. Forderer*
Kristine Forderer (278745)