UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and GOOGLE, LLC., a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01253<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8.3)** |

On March 11, 2024, Plaintiff Christopher Barulich ("Plaintiff"), Defendant Google LLC ("Google"), and Defendant The Home Depot, Inc. ("Home Depot") (collectively, "Parties"), by and through their respective counsel, filed a stipulation to extend the time for Google and Home Depot to answer or otherwise respond to Plaintiff's initial Class Action Complaint ("Complaint") by 60 days, on the ground that Google and Home Depot only recently retained counsel in this action, who need time to assess the issues raised by the Complaint.  Further, the requested extension is for 60 days, the amount of time Google and Home Depot would have had to respond to the Complaint had Plaintiff sought a waiver of service (which Google and Home Depot would have both agreed to).

The court, having considered the Parties' stipulation and finding good cause, hereby GRANTS the request in the Stipulation and ORDERS as follows:

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

[PROPOSED] ORDER GRANTING STIPULATION
TO EXTEND TIME TO RESPOND TO
COMPLAINT (CASE NO. 2:24-CV-01253)

1. The time for Google and Home Depot respectively to respond to the initial Complaint shall be extended by 60 days through and until May 13, 2024.
2. Nothing herein shall be deemed a waiver of any rights or defenses by Google, Home Depot, or Plaintiff.

**IT IS SO ORDERED.**

Dated: _____      _____
HON. FERNANDO L. AENLLE-ROCHA
United States District Judge