1  COOLEY LLP
   TRAVIS LEBLANC (251097)
2  (tleblanc@cooley.com)
   KRISTINE A. FORDERER (278745)
3  (kforderer@cooley.com)
   ANUPAM DHILLON (324746)
4  (ADhillon@cooley.com)
   3 Embarcadero Center, 20th Floor
5  San Francisco, CA  94111
   Telephone:  +1 415 693 2000
6  Facsimile:   +1 415 693 2222

7  TIANA DEMAS *(pro hac vice forthcoming)*
   (tdemas@cooley.com)
8  110 N. Wacker Drive, Suite 4200
   Chicago, IL  60606-1511
9  Telephone:  +1 312-881-6500
   Facsimile:   +1 312-881-6598
10
   URVASHI MALHOTRA (334466)
11 (umalhotra@cooley.com)
   3175 Hanover Street
12 Palo Alto, CA  94304
   Telephone:  +1 650 843 5000
13 Facsimile:   +1 650 849 7400

14
   *Attorneys for Defendant*
15 GOOGLE LLC

16            UNITED STATES DISTRICT COURT

17            CENTRAL DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01253-FLA-JC<br><br>**DECLARATION OF KRISTINE FORDERER IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8.3)**<br><br>Complaint Served: February 23, 2024<br>Current Deadline:  March 14, 2024<br>New Response Date: May 13, 2024 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

DECLARATION OF KRISTINE FORDERER ISO
JOINT STIPULATION TO EXTEND TIME
CASE NO. 2:24-CV-01253-FLA-JC

I, Kristine Forderer, declare as follows:

1. I am an attorney at the law firm of Cooley LLP and an attorney of record for Google LLC ("Google") in the above-captioned matter. I am licensed to practice law in the state of California and am admitted to practice before this Court. I submit this declaration in support of the Joint Stipulation to Extend Time to Respond to the Initial Complaint By More Than 30 Days (L.R. 8.3) ("Stipulation") in compliance with this Court's standing order, and make this declaration based on my personal knowledge.

2. On February 14, 2024, Plaintiff filed a class action complaint ("Complaint") in this action against Google and Home Depot, Inc. ("Home Depot"). ECF No. 1. Google was served with the summons on February 22, 2024. ECF No. 15.

3. Google recently retained Cooley as counsel in this action.

4. Soon after being retained, Cooley reached out to counsel for Plaintiff to request a 60-day extension, to which they agreed. Cooley then drafted the Stipulation, coordinated with counsel for Home Depot to incorporate their feedback, and obtained assent to file the Stipulation from counsel for Plaintiff.

5. The requested extension is necessary so that Google and its counsel can fully assess the claims and defenses at issue, continue investigating the facts surrounding Plaintiff's allegations, identify the governing contractual agreements, and explore consolidation of this case with a similar case filed in the Northern District of California on October 23, 2023, pending before the Honorable Rita F. Lin, captioned *Ambriz v. Google LLC*, No. 23-cv-05437. The requested extension also would provide Home Depot sufficient time to locate any records of Plaintiff's alleged calls to Home Depot. The requested 60-day extension is for same the amount of time Google would have had to respond to the Complaint had Plaintiff sought a waiver of service (which Google would have agreed to).

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

2

DECLARATION OF KRISTINE FORDERER ISO
JOINT STIPULATION TO EXTEND TIME
CASE NO. 2:24-CV-01253-FLA-JC

6. Upon being served, Google diligently began its factual investigation, assessment of the claims, coordination with Home Depot, and exploration of consolidation. However, Google cannot complete these steps by March 14, the current deadline to respond to the Complaint. The 60-day extension is designed to allow sufficient time to complete these steps.

7. No previous extensions by either party have been sought in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 12, 2024 in San Francisco, California.

By: */s/ Kristine A. Forderer*
Kristine Forderer (278745)

Cooley LLP
Attorneys at Law
San Francisco, CA

3

Declaration of Kristine Forderer ISO
Joint Stipulation to Extend Time
Case No. 2:24-cv-01253-FLA-JC