UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH,<br><br>    Plaintiff,<br><br>  v.<br><br>THE HOME DEPOT, INC., et al.,<br><br>    Defendants. | Case No. 2:24-cv-01253-FLA (JCx)<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT [DKT. 24]** |

1    On March 11, 2024, Plaintiff Christopher Barulich ("Plaintiff"), Defendant Google LLC ("Google"), and Defendant The Home Depot, Inc. ("Home Depot") (collectively, "Parties"), by and through their respective counsel, filed a Stipulation to extend the time for Google and Home Depot to answer or otherwise respond to Plaintiff's initial Class Action Complaint by 60 days (the "Stipulation"), on the ground that Google and Home Depot only recently retained counsel in this action, who need time to assess the issues raised by the Complaint.  Dkt. 24.

The court, having considered the Stipulation, and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS as follows:

1. The time for Google and Home Depot respectively to respond to the initial Complaint shall be extended by 60 days through and until May 13, 2024.
2. Nothing herein shall be deemed a waiver of any rights or defenses by Google, Home Depot, or Plaintiff.

IT IS SO ORDERED.

Dated: March 13, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge