# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　Defendants. | Case No. 2:24-cv-01253-FLA-JC<br><br>**[PROPOSED] ORDER GRANTING THE HOME DEPOT, INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>**(Fed. R. Civ. P. 12(b)(2))**<br><br>Hearing Date:　June 7, 2024<br>Hearing Time:　1:30 p.m.<br>Judge:　　　　Hon. Fernando L. Aenlle-Rocha<br>Courtroom:　　6B |

**[PROPOSED] ORDER GRANTING THE HOME DEPOT, INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendant The Home Depot, Inc. ("Home Depot") filed a Motion to Dismiss Plaintiff's Class Action Complaint under Federal Rule of Civil Procedure 12(b)(2). The Motion came before the Court for hearing on June 7, 2024 at 1:30 p.m. in the above-captioned case.

The Court, having considered all materials filed in support of an in opposition to the Motion and the arguments of the parties and of counsel, hereby **GRANTS** the Motion. Plaintiff's Class Action Complaint fails to allege that this Court has general or specific personal jurisdiction over Home Depot. Therefore, the Complaint is hereby **DISMISSED WITH PREJUDICE** as stated in the accompanying decision.

**IT IS SO ORDERED**.

Dated:

_____
Fernando L. Aenlle-Rocha
United States District Judge

**[PROPOSED] ORDER GRANTING THE HOME DEPOT, INC.'S MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**