Julia E. Romano (SBN 260857)
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Tel: (213) 443-4355
jromano@kslaw.com

S. Stewart Haskins (*pro hac vice* forthcoming)
shaskins@kslaw.com
Billie B. Pritchard (*pro hac vice* forthcoming)
bpritchard@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for Defendant
The Home Depot, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01253-FLA-JC<br><br>**DEFENDANT THE HOME DEPOT, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>[Fed. R. Civ. P. 7.1 and L.R. 7.1-1] |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Central District of California Local Rule 7.1-1, the undersigned, counsel of record for Defendant The Home Depot, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

**The Home Depot, Inc.**  The Complaint improperly names The Home Depot, Inc. as the defendant. The Home Depot, Inc. is not a retailer and has made no contact with Plaintiff Christopher Barulich.  Rather, it is the parent company of Home Depot U.S.A., Inc., which is a home improvement retailer.  Home Depot U.S.A., Inc. is wholly owned by HD Operations Holding Company, Inc., which is wholly owned by The Home Depot, Inc., a publicly traded company.  The Home Depot, Inc. has no parent corporation or other corporation owning ten percent or more of its stock to report under Rule 7.1 of the Federal Rules of Civil Procedure.

**Christopher Barulich.**  Plaintiff.

Dated: April 19, 2024

        KING & SPALDING LLP

        */s/ Julia E. Romano*
        Julia E. Romano
        *Attorney for Defendant*
        *The Home Depot, Inc.*