COOLEY LLP
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
ANUPAM DHILLON (324746)
(ADhillon@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

TIANA DEMAS *(pro hac vice forthcoming)*
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312-881-6500
Facsimile: +1 312-881-6598

URVASHI MALHOTRA (334466)
(umalhotra@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

Attorneys for Defendant
GOOGLE LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01253-FLA-JC<br><br>**DECLARATION OF JACKY GOODWIN IN SUPPORT OF GOOGLE LLC'S MOTION TO TRANSFER** |

I, Jacky Goodwin, hereby declare as follows:

1. I am a Program Manager at Google LLC ("Google"), where I have worked for 10 years. As a part of my job responsibilities, I am familiar with Google employees who work on Google Cloud's Contact Center Artificial Intelligence ("CCAI").

2. The largest group of Google employees, at least 60, who work on CCAI are located or based in counties that I understand to be covered by the Northern District of California: San Francisco County and Santa Clara County.

3. Only one Google employee who works on CCAI is located or based in a county that I understand to be covered by the Central District of California: Orange County.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of April 2024 in Boulder, Colorado.

*/s/ Jacky Goodwin*
Jacky Goodwin