UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE HOME DEPOT, INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-01253-FLA-JC<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION TO TRANSFER (ECF No. 29)** |

　　On April 19, 2024, Google LLC ("Google") moved to transfer this action to the U.S. District Court for the Northern District of California pursuant to the first-to-file doctrine ("Motion"), so that it can be litigated with an earlier-filed action pending before the Honorable Rita F. Lin, captioned *Misael Ambriz v. Google LLC*, No. 3:23-cv-05437 (N.D. Cal. filed Oct. 23, 2023) ("*Ambriz*").

　　The Court, having considered Google's Motion, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Pursuant to the first-to-file doctrine, this action shall be transferred to the U.S. District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: _____, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge