| | |
|---|---|
| 1 | Julia E. Romano (SBN 260857) |
| 2 | jromano@kslaw.com |
|   | KING & SPALDING LLP |
| 3 | 633 West Fifth Street, Suite 1600 |
|   | Los Angeles, CA 90071 |
| 4 | Telephone: (213) 443-4355 |
|   | Facsimile: (213) 443-4310 |
| 5 | |
|   | S. Stewart Haskins (*pro hac vice* forthcoming) |
| 6 | shaskins@kslaw.com |
|   | Billie B. Pritchard (*pro hac vice* forthcoming) |
| 7 | bpritchard@kslaw.com |
|   | KING & SPALDING LLP |
| 8 | 1180 Peachtree Street, N.E., Suite 1600 |
|   | Atlanta, GA 30309 |
| 9 | Telephone: (404) 572-4600 |
|   | Facsimile: (404) 572-5100 |
| 10 | |
|    | *Attorneys for Defendant* |
| 11 | *The Home Depot, Inc.* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> THE HOME DEPOT, INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company, <br><br> Defendants. | Case No. 2:24-cv-01253-FLA-JC <br><br> **STATEMENT OF CONDITIONAL NON-OPPOSITION** <br><br> Hearing Date: June 7, 2024 <br> Hearing Time: 1:30 p.m. <br> Judge: Hon. Fernando L. Aenlle-Rocha <br> Courtroom: 6B |

Case No. 2:24-cv-01253-FLA-JC
**STATEMENT OF CONDITIONAL NON-OPPOSITION**

1    Home Depot, Inc. ("Home Depot") files this Statement of Conditional Non-
2 Opposition in response to Google LLC's Motion to Transfer, Dkt. 29.

3    In that motion, Google LLC requests that the Court transfer this matter to the
4 Northern District of California under the first-to-file doctrine and 28 U.S.C. § 1404(a).
5 To effect a transfer under Section 1404(a), the transferor court must conclude that both
6 it and the transferee court have personal jurisdiction over the parties to the action. *See
7 Villano v. Shashamane Grp., LLC*, No. 2:23-cv-04320-ODW (AFMx), 2024 WL 40181,
8 at *7 (C.D. Cal. Jan. 3, 2024) (explaining that a party moving under § 1404(a) "must first
9 show that the action 'might have been brought' in the proposed the transferee district
10 based on subject matter jurisdiction, personal jurisdiction, and venue rules"); *Jarrett v.
11 Terrell*, No. 21-55263, 2022 WL 1056645, at *1 (9th Cir. Apr. 8, 2022) ("If the transferor
12 court had personal jurisdiction over Defendants, the case was properly transferred
13 pursuant to 28 U.S.C. § 1404(a) . . . .").

14    As explained in Home Depot's Motion to Dismiss, Dkt. 27, this Court lacks
15 general or specific personal jurisdiction over Home Depot. The Northern District also
16 lacks jurisdiction over Home Depot for the same reasons. To elaborate, the Northern
17 District lacks general personal jurisdiction over Home Depot because Home Depot "is a
18 Delaware corporation with its headquarters located in Atlanta, Georgia." Complaint, Dkt.
19 1, ¶ 8. In addition, the Northern District lacks specific personal jurisdiction over Home
20 Depot because Home Depot did not purposefully direct any relevant conduct at
21 California, and the claim in question does not arise out of or relate to Home Depot's
22 forum-related activities. Accordingly, Home Depot should be dismissed from this action.
23 If, however, the Court concludes that it and the Northern District may exercise personal
24 jurisdiction over Home Depot (and it should not), then Home Depot does not oppose
25 transfer to the Northern District.

| | | |
|---|---|---|
| 1 | Dated: April 19, 2024 | KING & SPALDING LLP |
| 2 | | |
| 3 | | */s/ Julia E. Romano* |
| 4 | | Julia E. Romano |
| | | S. Stewart Haskins (*pro hac vice* forthcoming) |
| 5 | | Billie B. Pritchard (*pro hac vice* forthcoming) |
| 6 | | |
| 7 | | *Attorneys for Defendant* |
| | | *The Home Depot, Inc.* |

**LOCAL RULE 11-6.2 CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for The Home Depot, Inc., certifies that this brief contains 316 words, which complies with the word limit of L.R. 11-6.1.

Dated: April 19, 2024               KING & SPALDING LLP

                                    */s/ Julia E. Romano*
                                    Julia E. Romano

                                    *Attorney for Defendant*
                                    *The Home Depot, Inc.*