UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE HOME DEPOT, INC., *et al.*<br><br>                    Defendants. | Case No. 2:24-cv-01253-FLA (JCx)<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT [DKT. 37]** |

On May 8, 2024, Plaintiff Christopher Barulich ("Plaintiff"), Defendant Google LLC ("Google"), and Defendant The Home Depot, Inc. ("Home Depot") (collectively, "Parties") filed a stipulation ("Stipulation") to extend the time for Google and Home Depot to answer or otherwise respond to Plaintiff's First Amended Class Action Complaint ("FAC") to August 28, 2024, on the ground that this court should resolve the issues presented in Google and Home Depot's respective motions to transfer and for lack of personal jurisdiction before Google and Home Depot are required to answer or otherwise respond to the FAC.  Further, the Parties move to continue the Scheduling Conference until the Court resolves Google's and Home Depot's renewed motions.  Google and Home Depot represent that they intend to notice their respective and renewed motions for June 21, 2024.

    The court, having considered the Stipulation and finding good cause therefor, APPROVES the Stipulation and ORDERS as follows:

1. Home Depot's Motion to Dismiss Plaintiff's Class Action Complaint for Lack of Personal Jurisdiction [Dkt. 27] is DENIED as moot.
2. Google's Motion to Transfer [Dkt. 29] is DENIED as moot.
3. If Google and Home Depot file renewed motions to transfer and to dismiss for lack of personal jurisdiction, they must notice a hearing on these motions for no later than June 21, 2024.
4. Google and Home Depot both shall answer or otherwise respond to the FAC by August 28, 2024.
5. The Scheduling Conference is CONTINUED to August 30, 2024, at 1:00 p.m.
6. Nothing herein shall be deemed a waiver of any rights or defenses by Google, Home Depot, or Plaintiff.

IT IS SO ORDERED.

Dated: May 14, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge