KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP
Nicolas C. Soltman (State Bar No. 277418)
11766 Wilshire Blvd. Suite 750
Los Angeles, CA 90025
Telephone: (310) 566-9800
Facsimile: (310) 566-9886
E-Mail: nsoltman@khiks.com

THE SIMON LAW FIRM, P.C.
Anthony G. Simon (pro hac vice)
Jeremiah W. Nixon (pro hac vice)
800Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
E-Mail: asimon@simonlawpc.com
E-Mail: jnixon@simonlawpc.com

*Attorneys for Plaintiff and the Class*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BARULICH, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., HOME DEPOT U.S.A., INC., and GOOGLE, LLC,<br><br>Defendants. | Case No. 2:24-cv-01253-FLA-JC<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER**<br><br>Hearing Date: July 5, 2024<br>Hearing Time: 1:30pm<br>Judge: Fernando L. Aenlle-Rocha<br>Place: Courtroom 6B |

Plaintiff respectfully requests that the Court take judicial notice of the document attached hereto as Exhibit 1. Exhibit 1 is a true and correct copy of the June 20, 2024, Order granting Google, LLC's Motion to Dismiss in *Ambriz v. Google*, Case No. 3:23-cv-05437 (N.D. Cal.). On May 25, 2024, Google filed its renewed Motion to Transfer to the Northern District of California to join this case with *Ambriz v. Google* (Doc. 40). On June 20, 2024, the District Court for Northern District of California dismissed *Ambriz v. Google*—finding the claims barred under the telephone company exemption in §631(b). *See* Exhibit 1.

The Court may take judicial notice of an adjudicative fact under Federal Rule of Evidence 201 if it is "not subject to reasonable dispute." Fed. R. Evid. 201(b). A fact is "not subject to reasonable dispute" when it is "generally known" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." *Id.*; *EVO Brands, LLC v. Al Khalifa Grp. LLC*, 657 F. Supp. 3d 1312, 1320 (C.D. Cal. 2023). It is appropriate to take judicial notice when the document is public record. *Lee v. City of L.A.*, 250 F.3d 668, 689 (9th Cir. 2001); *see also Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) (courts "may take judicial notice of court filings and other matters of public record.").

Dated: June 25, 2024

THE SIMON LAW FIRM, P.C.

By: */s/ Jeremiah W. Nixon*
Jeremiah W. Nixon

*Attorneys for Plaintiff and the Class*