1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP**
Nicolas C. Soltman (277418)
11766 Wilshire Blvd. Suite 750
Los Angeles, CA 90025
Phone: (310) 566-9800
Fax: (310) 566-9886
nsoltman@khiks.com

**THE SIMON LAW FIRM, P.C.**
Anthony G. Simon (*PHV*)
Jeremiah W. Nixon (*PHV*)
800Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com
jnixon@simonlawpc.com

*Attorneys for Plaintiffs and the Classes*

**COOLEY LLP**
TRAVIS LEBLANC (251097)
(tleblanc@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com) ANUPAM
DHILLON (324746)
(ADhillon@cooley.com) URVASHI
MALHOTRA (334466)
(umalhotra@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

TIANA DEMAS (*PHV forthcoming*)
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL  60606-1511
Telephone: +1 312-881-6500
Facsimile: +1 312-881-6598

*Attorneys for Defendant Google LLC*

**KING & SPALDING LLP**
JULIA E. ROMANO (260857)
(jromano@kslaw.com)
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:     +1 213 443 4355

S. Stewart Haskins (*PHV*)
shaskins@kslaw.com
Billie B. Pritchard (*PHV*)
bpritchard@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E., Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

*Attorneys for Defendant*
*The Home Depot, Inc. and Home Depot U.S.A., Inc.*

Case No. 2:24-cv-01253-FLA-JC

JOINT STIPULATION TO STAY CASE

1

2

3

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

4

5

6

7

8

9

10

11

12

| | |
|---|---|
| CHRISTOPHER BARULICH, individually and on behalf of others similarly situated,<br><br>                                        Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC., a Delaware corporation, HOME DEPOT U.S.A., INC., a Delaware corporation, and GOOGLE LLC, a Delaware limited liability company,<br><br>                                        Defendants. | Case No. 2:24-cv-01253-FLA-JC<br><br>**JOINT STIPULATION TO STAY CASE**<br><br><br>Judge:      Hon. Fernando L. Aenlle-Rocha<br>Courtroom:  6B |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>STIPULATION</u>

Plaintiff Christopher Barulich, Defendant Google LLC ("Google"), Defendants Home Depot, Inc. and Home Depot U.S.A., Inc. (together, "Home Depot") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.    WHEREAS, Plaintiff filed this action in the United States District Court for the Central District of California ("Action");

2.    WHEREAS, Home Depot filed a motion to dismiss for lack of personal jurisdiction ("Motion to Dismiss") (ECF No. 39);

3.    WHEREAS, Google filed a motion to transfer venue to the United States District Court for the Northern District of California (ECF No. 40) ("Motion to Transfer");

4.    WHEREAS, Plaintiff has withdrawn his opposition to Google's Motion to Transfer (ECF No. 52), and Google and Plaintiff stipulated that the case should be transferred to the Northern District, and current deadlines in the case should be stayed

pending the Court's resolution of Google's Motion to Transfer and Home Depot's Motion to Dismiss (ECF No. 54);

5.     WHEREAS, all four Parties agree that it is in the interest of judicial economy to stay further proceedings in this Action pending resolution of the aforementioned motions.

6.     WHEREAS, all four Parties agree that all existing deadlines in this Action, including Google's and Home Depot's deadline to respond to the operative complaint, currently set for August 28, 2024, should be stayed pending the Court's resolution of Google's Motion to Transfer (ECF No. 40) and Home Depot's Motion to Dismiss (ECF No. 39);

7.     WHEREAS, all four Parties further stipulate and request, at the Court's convenience, a continuance of the Initial Case Management Conference, currently set for August 30, 2024, pending resolution of the Motion to Transfer and the Motion to Dismiss.

IT IS STIPULATED AND AGREED, and the Parties respectfully move the Court for entry of an Order finding that:

1.     All current deadlines, including the deadline to respond to the operative complaint and any dates and deadlines related to the Initial Case Management Conference, shall be vacated pending the Court's resolution of Google's Motion to Transfer and Home Depot's Motion to Dismiss.

JOINT STIPULATION TO STAY CASE

Dated: August 21, 2024              THE SIMON LAW FIRM, P.C.

                                    By: */s/ Jeremiah W. Nixon*
                                        Jeremiah W. Nixon

                                    *Attorneys for Plaintiffs and the Classes*


Dated: August 21, 2024              KING & SPALDING LLP

                                    By: */s/ Julia E. Romano*
                                        Julia E. Romano

                                    *Attorneys for The Home Depot, Inc. and*
                                    *Home Depot U.S.A., Inc.*


Dated: August 21, 2024              COOLEY LLP

                                    By: */s/ Kristine A. Forderer*
                                        Kristine A. Forderer

                                    *Attorneys for Google LLC*


# <u>ATTESTATION</u>

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                    By: */s/ Julia E. Romano*
                                        Julia E. Romano

JOINT STIPULATION TO STAY CASE