**KINSELLA HOLLEY ISER KUMP STEINSAPIR LLP**
Nicolas C. Soltman (State Bar No. 277418)
11766 Wilshire Blvd. Suite 750
Los Angeles, CA 90025
Phone: (310) 566-9800
Fax: (310) 566-9886
nsoltman@khiks.com

**THE SIMON LAW FIRM, P.C.**
Anthony G. Simon (pro hac vice)
Jeremiah W. Nixon (pro hac vice)
800 Market Street, Suite 1700
St. Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
E-Mail: asimon@simonlawpc.com
E-Mail: jnixon@simonlawpc.com

*Attorneys for Plaintiffs and the Classes*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., HOME DEPOT U.S.A, INC. and GOOGLE, LLC,<br><br>Defendants. | Case No. 2:24-cv-01253-FLA-JC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Case No. 2:24-cv-01253-FLA-JC

1    COMES NOW Plaintiff Christopher Barulich, individually and on behalf of all others similarly situated ("Plaintiffs"), and pursuant to Fed. R. Civ. P. 41(a), Plaintiffs hereby serve this Notice of Voluntary Dismissal Without Prejudice of Defendants The Home Depot, Inc., Home Depot U.S.A., Inc., and Google, LLC without prejudice. In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) this notice is being filed before the opposing party has served either an answer to the First Amended Class Action Complaint or a motion for summary judgment.

Dated: August 28, 2024                THE SIMON LAW FIRM, P.C.

By: */s/ Jeremiah W. Nixon*
    Jeremiah W. Nixon

*Attorneys for Plaintiffs and the Classes*

Case No. 2:24-cv-01253-FLA-JC