JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BARULICH,<br><br>                  Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, INC., *et al.*,<br><br>                  Defendants. | Case No. 2:24-cv-01253-FLA (JCx)<br><br>**ORDER DISMISSING ACTION [DKT. 59]** |

1     On August 28, 2024, Plaintiff filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 59.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

    1.   All dates and deadlines governing this action are VACATED.  All pending motions and stipulations are DENIED as moot.  Dkts. 39, 40, 54.

    2.   The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: August 29, 2024

    FERNANDO L. AENLLE-ROCHA
    United States District Judge